

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Kristina Head a/k/a Kristina Robinson,
Appellant

No. 06-13-00095-CV          v.

Chicory Media, LLC d/b/a Starcasm.net;
American Media, Inc. d/b/a Star Magazine,
Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 13-0040). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Kristina Head a/k/a Kristina Robinson, pay all costs of this appeal.

RENDERED OCTOBER 16, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk